# Third District Court of Appeal

## State of Florida

Opinion filed September 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1721
Lower Tribunal No. F14-16791
_____

**Jacques Albert Calixte,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Jacques Albert Calixte, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.